# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. GIL JOSUE VILLA-MEJIA, *Defendant*. | MAG NO. 26-045 |

## MOTION TO VACATE BAIL HEARING

COMES NOW, the Defendant, Gil Josue Villa-Mejia, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney as follows:

1. On January 22, 2026, an initial appearance was held, and Mr. Villa was temporarily detained. Subsequently, a detention hearing was scheduled for January 26, 2026, at 1:30pm. (ECF Nos. 4 and 8.).

2. Undersigned counsel has met with Mr. Vila and has explained that he has a right under the Bail Reform Act to a detention Hearing.

3. After being advised by counsel, Mr. Villa has stated that at this time, he does not wish to pursue conditions of release.

4. Accordingly, the scheduled bail hearing is unnecessary at this juncture and vacating the hearing would promote judicial economy and conserve court resources.

5. Mr. Villa reserves the right to request a bail hearing and/or seek

conditions of release at a later date, should circumstances change or should such relief become appropriate.

WHEREFORE, the Defendant respectfully requests that this Honorable Court vacates the bail hearing scheduled for this afternoon.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 26th day of January 2026.

    RACHEL BRILL
    FEDERAL PUBLIC DEFENDER
    District of Puerto Rico

    *s/Laura I. Soto-Santiago*
    Laura I. Soto-Santiago
    Assistant Federal Public Defender
    USDC-PR 302905
    241 F.D. Roosevelt Ave.
    Hato Rey, P.R. 00918-2441
    (787) 281-4922/ Fax (787) 281-4899
    E-mail: Laura_Soto@fd.org