IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>GIL JOSUE VILLA-MEJIA<br>Defendant | MJ No.: 26-045 (MBA) |

 

The defendant, **Gil Josue Villa-Mejia**, hereby affirms that he has been advised of the charges in the complaint no. 26-045 (MBA), that counsel has forwarded to him a copy of said complaint, and after being advised of his right to a detention hearing under 18 U.S. C. 3142, Mr. Villa-Mejia does not wish to request conditions of release at this time. Mr. Villa-Mejia reserves the right to re-open at a later time.

In San Juan, Puerto Rico, this 26th day of January 2026.

_____
Gil Josue Villa-Mejia
Defendant

/s/ Laura Soto-Santiago
LAURA SOTO-SANTIAGO, AFPD
USDC-PR # 302905
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
T: (787) 281-4922 / F: (787) 281-4899
Email: laura_soto@fd.org